437 A.2d 937

**In re ESTATE OF J. Walter BANES, Deceased.**

**Appeal of SHELL OIL COMPANY.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1981.

Decided Dec. 17, 1981.

Joseph E. Lastowka, Jr., Media, for appellant.

Philip D. Weiss, Norristown, for Inez M. Banes.

Edward J. Hardiman, Lansdale, for Estate of Banes.

William P. Thorn, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## DECREE

PER CURIAM:

Decree affirmed. *See Banes Estate,* 452 Pa. 388, 305 A.2d 723 (1973) (*BANES* I); 461 Pa. 203, 336 A.2d 248 (1975) (*BANES* II); 479 Pa. 264, 388 A.2d 319 (1978) (*BANES* III). Appellant to pay costs.